ROGER GRANDGENETT, ESQ.
Nevada Bar No. 6323
HILARY MUCKLEROY, ESQ.
Nevada Bar No. 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169
Telephone:   702.862.7738
Facsimile:    702.862.8881
RGrandgenett@littler.com
HMuckleroy@littler.com

Attorneys for Defendant
AIDS HEALTHCARE FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RENE GARCIA, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>AIDS HEALTHCARE FOUNDATION, a foreign non-profit corporation; DOES I-X; and ROE CORPORATIONS 1-X,<br><br>            Defendant. | Case No.  2:19-cv-00404-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff RENE GARCIA ("Plaintiff") and Defendant AIDS HEALTHCARE FOUNDATION ("Defendant"), by and through their respective undersigned counsel, hereby request that the Court extend the deadline for Defendant to file its first responsive pleading, which is currently set for April 15, 2019, for a period of fifteen (15) days, until April 30, 2019.  This is the first stipulation for an extension of time to file the first responsive pleading.  Any and all defenses are preserved and retained and that no defense is waived by this request.

This request is made in good faith and not to cause unnecessary delay as Defendant had needed to obtain local counsel in this matter.  As a result, the extension requests is for a limited and reasonable amount of time.

IT IS SO STIPULATED.

Dated: April 12, 2019

*/s/ Jenny L. Foley*
JENNY L. FOLEY, ESQ.
Nevada Bar No. 9017
HKM EMPLOYMENT ATTORNEYS LLP
Attorneys for Plaintiff
RENE GARCIA

Dated: April 12, 2019

*/s/ Hilary Muckleroy*
HILARY MUCKLEROY, ESQ.
Nevada Bar No. 9632
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AIDS HEALTHCARE FOUNDATION

**ORDER**

**IT IS SO ORDERED.**

DATED: April 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE