1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11  RENE GARCIA,

12          Plaintiff(s),

13  v.

14  AIDS HEALTHCARE FOUNDATION,

15          Defendant(s).

Case No.: 2:19-cv-00404-JCM-NJK

**Order**

[Docket No. 19]

16      Pending before the Court is a stipulation to stay discovery pending resolution of

17  Defendant's motion to dismiss. Docket No. 19.

18      The Court has broad discretionary power to control discovery. *See, e.g.*, *Little v. City of*

19  *Seattle*, 863 F.2d 681, 685 (9th Cir. 1988). "The Federal Rules of Civil Procedure do not provide

20  for automatic or blanket stays of discovery when a potentially dispositive motion is pending."

21  *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Discovery should proceed

22  absent a "strong showing" to the contrary. *See, e.g.*, *Turner Broadcasting Sys., Inc. v. Tracinda*

23  *Corp.*, 175 F.R.D. 554, 556 (D. Nev. 1997). The case law in this District makes clear that requests

24  to stay all discovery may be granted when: (1) the pending motion is potentially dispositive; (2)

25  the potentially dispositive motion can be decided without additional discovery; and (3) the Court

26  has taken a "preliminary peek" at the merits of the potentially dispositive motion and is convinced

27  that the plaintiff will be unable to state a claim for relief. *See Kor Media Group, LLC v. Green*,

28  294 F.R.D. 579, 581 (D. Nev. 2013).

1

The instant stipulation seeks a stay of discovery pending resolution of Defendant's motion to dismiss. Docket No. 19 at 2. The stipulation does not explicitly address whether the motion to dismiss is so meritorious that it meets the "convincing" standard. *See Kor Media*, 294 F.R.D. at 583.[1]

Nonetheless, the Court recognizes the parties' desire to save resources prior to engaging in settlement discussions at the scheduled Early Neutral Evaluation. Therefore, the stipulation to stay discovery, Docket No. 19, is **GRANTED** in part. In the event the case is not resolved at the Early Neutral Evaluation, the parties must file a joint proposed discovery plan and scheduling order, no later than July 26, 2019.

IT IS SO ORDERED.

Dated: June 4, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The filing of a non-frivolous dispositive motion, standing alone, is simply not enough to warrant staying discovery. *See, e.g.*, *Tradebay*, 278 F.R.D. at 603. Instead, the Court must be "convinced" that the dispositive motion will be granted. *See, e.g.*, *id.* "That standard is not easily met." *Kor Media*, 294 F.R.D. at 583. "[T]here must be *no question* in the court's mind that the dispositive motion will prevail, and therefore, discovery is a waste of effort." *Id.* (quoting *Trazska v. Int'l Game Tech.*, 2011 WL 1233298, *3 (D. Nev. Mar. 29, 2011)) (emphasis in original). The Court requires this robust showing that the dispositive motion will succeed because applying a lower standard would likely result in unnecessary delay in many cases. *Id.* (quoting *Trazska*, 2011 WL 1233298, at *4).